RECEIVED
IN LAKE CHARLES, LA
DEC - 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| DOUGLAS ALLEN KANE | CIVIL ACTION NO. 05-135-LC |
| VS. | SECTION P |
| LAKE CHARLES POLICE DEPT., | JUDGE MINALDI |
| ET AL. | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE** under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**IT IS ALSO ORDERED** that plaintiff's request that he been given an extension of time to file an amended complaint until he hires an attorney upon his release from prison be **DENIED** as such relief would not cure the deficiency of plaintiff's failure to exhaust administrative remedies prior to filing this suit.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _2_ day of _December_, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE